# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-32867 |
| Garrison Municipal Partners, LP, | § | |
| Debtor | § | (Chapter 7) |

## NOTICE OF APPEAL BY DON AND KAY GREEN

Don and Kay Green, creditors in the above case (hereafter "Appellants") appeal to the United States District Court for the Southern District of Texas under 28 U.S.C § 158, from the judgments, orders, or decrees to wit: Order, signed on October 31, 2017 and entered on October 31, 2017 at docket number #285 and titled: "Memorandum Opinion and Order." The names of the parties to the appeal are listed below:

Reese Baker
Baker and Associates
950 Echo Lane, Ste 200
Houston, Texas 77024
Attorney for Appellant

Charles Rubio
Diamond McCarty
909 Fannin Street, 15th Floor
Two Houston Center
Houston, Texas 77010
Attorney for Appellee

Dated: November 10, 2017

Respectfully submitted,

/s/Reese W. Baker
Reese W. Baker
TX Bar No. 01587700
Baker & Associates
5151 Katy Freeway, Suite 200
Houston, TX 77007
713-869-9200
713-869-9100 (Fax)
ATTORNEYS FOR APPELLANTS