UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| Garrison Municipal Partners, LP | § | Civil Action No.  4:17cv3567 |
|    Debtor | § | |
| | § | Bankruptcy Case No.  14-32867 |
| Don and Kay Green | § | |
|    Appellants | § | |

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 11/10/2017. The designation of the record was due on 11/24/2017. *See* Fed. R. Bankr. P. 8006.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

   ☐ The filing fee has not been paid.

   ☒ The record has not been designated.

   ☐ The record designated by the appellant includes transcripts that have not been ordered.

   ☐ The appellant has not arranged to pay for the transcripts designated.

Date: November 29, 2017

David J. Bradley, Clerk of Court
L. Gouldie
Deputy Clerk