UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| **Garrison Municipal Partners, LP** | § | Civil Action No. 4:17-cv-03567 |
|     Debtor | § | |
| | § | Bankruptcy Case No. 14-32867 |
| **Don Green** | § | |
|     Appellant | § | |

# Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on Click here to enter filed date.. The designation of the record was due on Click here to enter due date.. *See* Fed. R. Bankr. P. 8006.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

    ☐ The filing fee has not been paid.

    ☐ The record has not been designated.

    ☒ The record designated by the appellant includes transcripts that have not been ordered.

    Transcripts have not been ordered for the following hearings:

    Hearings held 6/9/15, 9/22/16, 4/27/17 & 11/16/17.

    Designated trial exhibits have not been electronically filed

    ☐ The appellant has not arranged to pay for the transcripts designated.

Date: December 12, 2017

                                                           David J. Bradley, Clerk of Court
                                                           <u>S Murdock</u>
                                                           Deputy Clerk