UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In re: §
**Garrison Municipal Partners, LP** § Civil Action No. 4:17cv3567
    Debtor §
§ Bankruptcy Case No. 14-32867
Don Green et al §
    Appellants §

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on Click here to enter filed date.. The designation of the record was due on 11/24/2017. *See* Fed. R. Bankr. P. 8006.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

    ☐ The filing fee has not been paid.

    ☐ The record has not been designated.

    ☒ The record designated by the appellant includes transcripts that have not been ordered.

    Transcripts have not been ordered for 1/14/15, 3/3/15, 9/226, 4/27/17, 7/27/17 & 11/16/17 hearings.

    ☒ The appellant has not arranged to pay for the transcripts designated.

Date: January 30, 2018

                                                David J. Bradley, Clerk of Court
                                                <u>S Murdock</u>
                                                Deputy Clerk