Case No. 4:17-cv-03567

In the United States District Court for the Southern
District of Texas, Houston Division

---

In re Garrison Municipal Partners, L.P., *Debtor.*

Don & Kay Green, *Appellants.*

---

On appeal from the United States Bankruptcy Court for
the Southern District of Texas, Houston Division

Case No. 14-32867

---

**Appendix**

---

Reese Baker
Baker & Associates
Texas State Bar No. 01587700
950 Echo Lane, Suite 200
Houston, Texas 77024
(713) 979-2279
Fax: (713) 869-9100
Email: courtdocs@bakerassociates.net

COUNSEL FOR APPELLANTS DON & KAY GREEN

# Table of Contents

*Relevant Docket Entries*
ROA(I).001-002, ROA(I).017-022 ................................................................. A-1

*Green Proof of Claim*
ROA(II).0001-0009 ........................................................................................ A-9

*Trustee's Omnibus Objection and Supplement*
ROA(I).052-085 ............................................................................................ A-18

*Green Response to Trustee's Omnibus Objection*
ROA(I).137-140 ............................................................................................ A-52

*Green Brief Regarding Mandatory Subordination*
ROA(I).147-171 ............................................................................................ A-56

*Trustee's Reply to the Greens' Response*
ROA(I).194-220 ............................................................................................ A-81

*Green Reply to the Trustee's Reply*
ROA(I).290-301 .......................................................................................... A-108

*Memorandum Order and Opinion of October 31, 2017*
ROA(I).302-306 .......................................................................................... A-120

*Notice of Appeal*
ROA(I).312 ................................................................................................. A-125

*Transcript of Hearing on September 7, 2017*
ROA(I).172-193 .......................................................................................... A-126

*Garrison Limited Partnership Agreement*
ROA(I).221-273 .......................................................................................... A-148

*Text of 11 U.S.C. § 510(b)* .......................................................................... A-201