United States District Court
Southern District of Texas
**ENTERED**
March 17, 2021
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| Don Green, et al.,<br><br>       Plaintiffs,<br><br>versus<br><br>Rodney Tow,<br><br>       Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action H-17-3567 |
| *In re*<br>Garrison Municipal Partners, LP,<br><br>       Debtor. | §<br>§<br>§<br>§ | Bankruptcy 14-32867 |

## Final Judgment

Because of the bankruptcy court's error, the order is vacated, and the Greens' claim is not subordinated.

Signed on March 17, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge