# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*November 08, 2021*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
November 8, 2021
Lyle W. Cayce
Clerk

No. 21-20189

IN THE MATTER OF: GARRISON MUNICIPAL PARTNERS, L.P.

*Debtor,*

DON GREEN; KAY GREEN,

*Appellees,*

*versus*

RODNEY D. TOW, *as trustee for* GARRISON MUNICIPAL PARTNERS, L.P.,

*Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CV-3567

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of November 08, 2021, pursuant to appellant's motion.



A True Copy
Certified order issued Nov 08, 2021

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 21-20189

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Christina Gardner*

Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

November 08, 2021

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 21-20189    Tow v. Green  
                       USDC No. 4:17-CV-3567

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____  
                       Christina A. Gardner, Deputy Clerk  
                       504-310-7684

cc w/encl:  
    Mr. Reese Walker Baker  
    Mr. Charles Michael Rubio  
    Mr. Robert Joseph Shannon